289 So.2d 649

**In re Ulyss Eugene WEATHINGTON**

**v.**

**CITY OF BIRMINGHAM.**

**Ex parte Ulyss Eugene Weathington.**

**SC 658.**

Supreme Court of Alabama.

Jan. 31, 1974.

William Conway, Birmingham, for petitioner.

No brief for respondent.

COLEMAN, Justice.

Petition of Ulyss Eugene Weathington for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Weathington v. City of Birmingham, 52 Ala.App. 77, 289 So.2d 645.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

292 So.2d 476

**In re Charles Eugene WELLS, alias Pete Wells**

**v.**

**STATE.**

**Ex parte Charles Eugene Wells.**

**SC 723.**

Supreme Court of Alabama.

March 21, 1974.

J. Massey Relfe, Jr., Birmingham, for petitioner.

No brief for the State.

HEFLIN, Chief Justice.

Petition of Charles Eugene Wells, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Wells v. State, 52 Ala.App. 356, 292 So.2d 475.

Writ denied.

COLEMAN, BLOODWORTH and McCALL, JJ., and LAWSON, Supernumerary Judge, concur.